BURNETT v. SHAMBURGER. (2 Div. 268.) (Court of Appeals of Alabama. June 14, 1923.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(96 South. 940)

CALDWELL v. WILSON BROS. (5 Div. 431.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge.

SAMFORD, J. Affirmed.

(95 South. 923)

CAMBRON v. STATE. (7 Div. 818.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. E. O. McCord & Son, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

(95 South. 923)

CANNERDAY v. ALABAMA TRUST & SAVINGS BANK. (8 Div. 10.) (Court of Appeals of Alabama. Feb. 1, 1923.) Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge. A. A. Williams, of Florence, for appellant. George E. Barnett, of Florence, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 922)

C. A. CHAMBERS v. CITY OF BIRMINGHAM. (6 Div. 343.) (Court of Appeals of Alabama. Dec. 18, 1923. Rehearing Denied Feb. 5, 1924.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. Palmer H. Bell and Clark Williams, both of Birmingham, for appellant. Thos. E. McCullough, of Birmingham, for appellee.

SAMFORD, J. Defendant was convicted on a complaint of the city of Birmingham charging a violation of a city ordinance, and from the judgment the defendant appeals. There is no bill of exceptions, and no errors apparent on the record, and the judgment is affirmed.

(95 South. 923)

CHAMBERS v. STATE. (4 Div. 743.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

BRICKEN, P. J. Appeal dismissed.

(98 South. 922)

L. T. CHARLES v. STATE. (5 Div. 478.) (Court of Appeals of Alabama. Nov. 27, 1923.)

Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge.

FOSTER, J. Appeal dismissed.

(98 South. 922)

Jack CHATTON v. STATE. (6 Div. 329.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

SAMFORD, J. Affirmed.

(96 South. 940)

CHERRY v. STATE. (6 Div. 115.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

BRICKEN, P. J. Affirmed.

(98 South. 922)

CITY OF BIRMINGHAM v. Emma I. DONALDSON. (6 Div. 350.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; J. B. Aird, Judge. W. M. Woodall, of Birmingham, for appellant. Frank S. White & Sons, of Birmingham, for appellee.

FOSTER, J. Appeal dismissed.

(96 South. 940)

CITY OF ROANOKE v. HUDSON. (7 Div. 846.) (Court of Appeals of Alabama. June 14. 1923.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. G. B. Walker, of Roanoke, for appellant. Stell Blake, of Roanoke, for appellee.

PER CURIAM. Appeal dismissed for want of assignments of error.

(98 South. 922)

E. W. CLARY v. CITY OF TUSCALOOSA. (6 Div. 189.) (Court of Appeals of Alabama. Nov. 29, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Boster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 922)

C. L. MONTGOMERY & CO. v. GRACE WHOLESALE FEED & GROCERY CO. (7 Div. 960.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.